# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Michael Andrew Gore,** | ) | Case No. 10-72173-CMS-7 |
| | ) | |
| **Debtor.** | ) | |

### MOTION FOR CONTINUING ORDER OF CONDEMNATION

Creditor Bryant Bank, a judgment creditor of debtor Michael Andrew Gore, hereby moves the Court to enter a Continuing Order of Condemnation directing that all funds received to date or in the future by the Clerk of the Court from the garnishee RE/MAX Premiere Group shall be deemed condemned upon receipt and the Clerk of the Court shall remit all of said funds on a monthly basis payable to Bryant Bank, c/o Ethan Tidmore, Esq., Bradley Arant Boult Cummings, LLP, 1819 Fifth Avenue North, Birmingham, Alabama 35203.

A proposed order is attached hereto.

Respectfully submitted,

s/ Ethan T. Tidmore
Ethan T. Tidmore (TID006)
Bradley Arant Boult Cummings LLP
ONE FEDERAL PLACE
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8653
Facsimile: (205) 488-6653
etidmore@babc.com

*Counsel for Bryant Bank*

## CERTIFICATE OF SERVICE

       I hereby certify that on June 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                   s/ Ethan T. Tidmore
                                                         OF COUNSEL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Michael Andrew Gore,** ) | **Case No. 10-72173-CMS-7** |
| ) | |
| **Debtor.** ) | |

## CONTINUING ORDER OF CONDEMNATION

Having reviewed the Motion for a Continuing Order of Condemnation filed by judgment creditor Bryant Bank on June 29, 2015, the Court hereby **ORDERS, ADJUDGES and DECREES** as follows:

All funds received to date or in the future by the Clerk of the Court from the garnishee RE/MAX Premiere Group shall be deemed condemned upon receipt. Without further order of this Court, the Clerk of the Court is authorized to and shall remit all of said funds on a monthly basis payable to Bryant Bank, and shall send those funds to Bryant Bank, care of its attorney Ethan Tidmore, Esq., Bradley Arant Boult Cummings, LLP, 1819 Fifth Avenue North, Birmingham, Alabama 35203.

United States Bankruptcy Judge